## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 193 WAL 2019

            Petitioner           :

                            :    Petition for Allowance of Appeal from

                            :    the Order of the Superior Court

            v.                    :

                            :

                            :

JAMES DUANE BAKER-MYERS,      :

                            :

            Respondent         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of November, 2019, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner, are:

(1)      Whether the Superior Court of Pennsylvania, citing the case of *Commonwealth v. Magliocco*, 883 A.2d 479 (Pa. 2005), properly held the language "in violation of Chapter 31" is an essential element necessary for a conviction of Corruption of Minors as a felony of the third degree[.]

(2)      Whether the evidence was sufficient for a conviction of Corruption of Minors as a felony of the third degree despite the jury's acquittal of Rape, Sexual Assault, Aggravated Indecent Assault and Indecent Assault[.]